IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ZANE YOUALO VANG**                                                                                  **PETITIONER**

**V.**                                                                   **CAUSE NO. 3:15-CV-108-CWR-LRA**

**WARDEN B.E. BLACKMON**                                                                    **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Linda R. Anderson's Report and Recommendation (R&R) to dismiss the Plaintiff's petition for habeas corpus relief filed pursuant to 28 U.S.C. § 2241. Dockets No. 11.

The R&R notified the parties that failure to file written objections to the proposed findings, conclusions, and recommendations contained therein within 14 days after service would bar that party, except under grounds of plain error, from further appeal in accordance with 28 U.S.C. § 636.[1]

Having received no timely written objections from any party, this Court adopts the R&R as its own Order. Accordingly, the Plaintiff's petition is dismissed with prejudice. A separate Final Judgment will issue this day.

**SO ORDERED,** this the 27th day of May, 2016.

                                                                                   s/ Carlton W. Reeves
                                                                                   UNITED STATES DISTRICT JUDGE

---

[1] Vang was released from Custody on August 7, 2015. The R&R was mailed to his last known address and returned as undeliverable. Docket Nos. 9 and 12; Docket Entry dated 4/26/2016.